# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Phillip L. Rosemann ) | |
| ) | |
| Plaintiff, ) | Case No. 4:10-cv-480 |
| vs. ) | |
| ) | |
| Derek Smith and Distinctive ) | Judge: Stephen N Limbaugh, Jr. |
| Properties (UK) Limited; ) | |
| ) | |
| Defendant's ) | |
| _____) | |

## ENTRY OF JUDGMENT BY DEFAULT

Service of summons and the complaint was served upon Defendant Distinctive Properties Limited on March 30, 2010 and upon Derek Smith on April 1, 2010. Service was accomplished in accordance with Article 6 of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters and defendants have failed to file answers or other responsive pleadings within the time required by the Federal Rules of Civil Procedure. Additionally the defendants are not in the military service, and they are not infants or incompetent persons and it is hereby

ORDERED that default judgment is entered against Derek Smith and Distinctive Properties (UK) Limited in favor of plaintiff Phillip Rosemann and that plaintiff recover from defendants damages in the amount of $1,050,872.53 with interest thereon at $647.68 per day until the judgment is paid as provided by law.

Date: Jun. 22, 2010

Stephen N Limbaugh, Jr.
United States District Judge